JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REX NATAN, et al., | ) | Case No.: CV 14-5779 DSF (PLAx) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| CITIMORTGAGE, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having granted defendant's motion for summary judgment, IT IS ORDERED AND ADJUDGED that plaintiffs take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: ___9/23/16_____     _____
                                                     Dale S. Fischer
                                                United States District Judge